ANSEL S. LEO, Respondent, v. CARL VON PUSTAU, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD MAYER v. FRANK HALBAUER.— Motion to dismiss appeal denied, without prejudice to renewal as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELMA FINK, an Infant, v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL FINK v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LESTER M. FRIEDMAN v. STEPHEN A. MACHCINSKI.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EMMANUEL TECK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL SHERMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FIREMAN'S FUND INSURANCE COMPANY v. PAUL STUPPEL, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PANAGIOTIS CONTONIS v. NORTH ATLANTIC INSURANCE COMPANY; PANAGIOTIS CONTONIS v. JEFFERSON INSURANCE COMPANY; PANAGIOTIS CONTONIS v. LIBERTY MARINE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM SIEGEL v. SPEAR & COMPANY.—Application granted. Order signed. Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES E. SPIEGELBERG and Others v. IDEL M. WULF and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.